IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Farrow, Tiffani A

Printed: 3/18/08

Case Number: 07 B 16079
Judge: Wedoff, Eugene R

Filed: 9/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 31, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 930.00 |  |
| Secured: |  | 879.78 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 50.22 |
| Other Funds: |  | 0.00 |
| Totals: | 930.00 | 930.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas W Drexler | Administrative | 2,774.00 | 0.00 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Toyota Motor Credit Corporatio | Secured | 25,617.00 | 879.78 |
| 5. | Ocwen Loan Servicing LLC | Secured | 7,864.47 | 0.00 |
| 6. | Ocwen Federal Bank FSB | Secured | 2,171.50 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 1,091.18 | 0.00 |
| 8. | Toyota Motor Credit Corporatio | Unsecured | 0.05 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 111.04 | 0.00 |
| 10. | University Pathologists PC | Unsecured | 56.50 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 76.47 | 0.00 |
| 12. | Illinois Student Assistance Commission | Unsecured | 8,221.10 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 76.47 | 0.00 |
| 14. | Consultants In Pathology | Unsecured |  | No Claim Filed |
| 15. | Associated St James Radiologis | Unsecured |  | No Claim Filed |
| 16. | Emergency Care Health Organization | Unsecured |  | No Claim Filed |
| 17. | Emergency Care Health Organization | Unsecured |  | No Claim Filed |
| 18. | Richton Park Fire Dept | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
| 20. | St James Hospital | Unsecured |  | No Claim Filed |
| 21. | Rush University Medical Center | Unsecured |  | No Claim Filed |
| 22. | St James Hospital | Unsecured |  | No Claim Filed |
| 23. | Rush University Medical Center | Unsecured |  | No Claim Filed |
| 24. | Rush University Medical Center | Unsecured |  | No Claim Filed |
| 25. | Wellgroup Health Partners | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Farrow, Tiffani A | Case Number: 07 B 16079 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 3/18/08 | Filed: 9/4/07 |

| 26. Wellgroup Health Partners | Unsecured | | No Claim Filed |
|---|---|---|---|
| | | _____ | _____ |
| | | $ 48,059.78 | $ 879.78 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 50.22 |
| | _____ |
| | $ 50.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____